**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

UNITED STATES OF AMERICA,
                       Government,

      -against-

DARRIN JAMES,
                Defendant.
----------------------------------------------------------------X

10 CR. 601 (RMB)

**ORDER**

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Tuesday, November 16, 2021 at 11:00 AM is being held by video pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

      USA Toll-Free Number: (877) 336-1829
      Access Code: 6265989
      Security Code: 0601

Dated: November 10, 2021
       New York, NY

                                   *Richard M. Berman*
                                     RICHARD M. BERMAN
                                          U.S.D.J.