UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                    10 CR. 601 (RMB)

  -against-

                                                    **ORDER**

DARRIN JAMES,
                Defendant.
-----------------------------------------------------------X

       In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Tuesday, November 30, 2021 at 10:00 AM is being held by video pursuant to the CARES Act and applicable implementing court procedures.

       Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0601

Dated: November 23, 2021
       New York, NY

                                                   _____
                                                      RICHARD M. BERMAN
                                                            U.S.D.J.