UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

              10 CR. 601 (RMB)

   -against-

**<u>ORDER</u>**

DARRIN JAMES,
              Defendant.
------------------------------------------------------------X

      In light of the continuing COVID-19 pandemic, the supervised release hearing scheduled for Monday, April 4, 2022 at 10:00 AM is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0601

Dated: March 30, 2022
       New York, NY

                                              *Richard M. Berman*
                                          RICHARD M. BERMAN
                                                 U.S.D.J.