**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
              Government,

              10 CR. 601 (RMB)

   -against-

              **AMENDED ORDER**

DARRIN JAMES,
              Defendant.
------------------------------------------------------------X

      The supervised release hearing scheduled for Wednesday, April 6, 2022 at 4:00 PM is hereby rescheduled to Tuesday, April 12, 2022 at 4:00 PM

      In light of the continuing COVID-19 pandemic, the proceeding is being held telephonically pursuant to the CARES Act and applicable implementing court procedures.

      Members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 0601

Dated: April 5, 2022
       New York, NY

                                        *Richard M. Berman*
                                    _____
                                      RICHARD M. BERMAN
                                           U.S.D.J.