**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                Government,

                                                10 CR. 601 (RMB)
    -against-

                                                **ORDER**

DARRIN JAMES,
                Defendant.
------------------------------------------------------------X

       The supervised release hearing scheduled for Tuesday, May 3, 2022 at 10:00 AM will take place in Courtroom 17B.

Dated: April 27, 2022
       New York, NY

                                                  _____
                                                     RICHARD M. BERMAN
                                                         U.S.D.J.