**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,
                          Government,

                                                            10 CR. 601 (RMB)

          -against-

                                                            **AMENDED ORDER**

DARRIN JAMES,
                          Defendant.
-----------------------------------------------------------X


        The supervised release hearing scheduled for Tuesday, May 3, 2022 at 10:00 AM is

hereby rescheduled to 3:30 PM on the same date.

        The proceeding will take place in Courtroom 17B.


Dated: April 28, 2022
        New York, NY


                                            _____
                                                RICHARD M. BERMAN
                                                        U.S.D.J.